IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARC CLIFFORD COENEN | CRIM. NO.  99-332(DRD) |

### DEFENDANT MARC CLIFFORD COENEN'S MOTION REQUESTING EARLY TERMINATION OF SUPERVISED RELEASED MADE PURSUANT TO 18 U.S.C. SECTION 3583 (e)(1)

TO: THE HONORABLE COURT

COMES NOW defendant, **Marc Clifford Coenen**, through his undersigned attorney and respectfully alleges and prays:

1.  Defendant was imposed a term of four years supervised release.

2.  Pursuant to 18 U.S.C. Section 3583 (e)(1), this court has the authority to terminate a term of supervised release and to discharge the person after the expiration of one year of supervision.  Mr. Coenen has been supervised for two and one half years.

3.  USPO Michael Parrish of Hollywood, Florida has been advised of this motion.

WHEREFORE Mr. Coenen respectfully requests that the court make the appropriate inquiry of USPO Parrish and that it order the termination of Mr. Coenen's supervised release term pursuant to 18 U.S.C. Section 3583 (e)(1), if appropriate.

At San Juan, Puerto Rico this 14th day of July, 2006.

RESPECTFULLY SUBMITTED,

S/ MARIA H. SANDOVAL
USDC-PR 201210
P.O. BOX 9878
SAN JUAN, P.R. 00908
(787) 282-028
mhsandoval@att.net

## CERTIFICATE OF SERVICE

I, hereby certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of filing to Assistant U.S. Attorney Sonia Torres, counsel of record and USPO Michael Parrish by fax at 954-967-9125.

s/ MARIA H. SANDOVAL