AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE    DISTRICT OF    PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| Plaintiff | |
| v. | CASE NO.: 99-332 (DRD) |
| MARK CLIFFORD COENEN, | |
| Defendant. | |

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| July 28, 2006 | /s/Scott Anderson |
| *Date* | *Scott H. Anderson* |
| | *USDC-PR NO.:  G00214* |
| | *350 Torre Chardon, Suite 1201* |
| | *Hato Rey, Puerto Rico 00918* |
| | *Tel. (787) 766-5656* |
| | *Fax. (787) 771-4050* |