**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

_____

**UNITED STATES OF AMERICA,**

  **v.**

**MARC CLIFFORD COENEN,**         **CRIM. No. 99-332(DRD)**

    **DEFENDANT.**

_____

**DEFENDANT MARC CLIFFORD COENEN'S *THIRD*  MOTION
REQUESTING TERMINATION OF SUPERVISED RELEASE.**

TO: THE HONORABLE COURT

    Comes Now Marc Clifford Coenen, through his undersigned attorney and respectfully alleges and prays:

    1.    On June 6, 2007 Mr. Coenen moved for the second time in one year for termination of supervised release. ( Dkt. No. 131.)  The second motion was  unopposed by the United States during  the 70 days that the motion has been pending.

    2.    Mr. Coenen in said motion requested that the District Court order USPO Michael Parrish of Hollywood California to provide the District Court with the requisite information regarding Mr. Coenen's compliance with the terms of supervision. Mr. Parrish is awaiting an order form the District Court to provide said information.

    WHEREFORE Mr. Coenen respectfully requests that the District Court order USPO Parrish to provide said information to the court,  and, that upon receipt of said information,  that it terminate Mr. Coenen's supervision forthwith,  since Mr. Coenen has complied faithfully with all the terms imposed relating to supervision.

At San Juan, Puerto Rico this 14th day of August, 2007.

Respectfully Submitted,

S/Maria H. Sandoval, Esq.
USDC-PR NO. 201210
P.O. Box 9878
San Juan, Puerto Rico 00908
Tel. (787) 282-0281
Fax. (787) 282-0277
mhsandoval@att.net

CERTIFICATE OF SERVICE

I hereby certify that I utilized the ECF/CM system of the District Court to file the above-mentioned pleading on Assistant U.S. Attorney Scott Anderson and to serve all counsel of record electronically on this same date.

At San Juan, Puerto Rico this 14th day of August, 2007

S/Maria H. Sandoval. Esq.