IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff** | * | |
| | * | |
| vs. | * | Cr.No.:3:99CR332-001(DRD) |
| | * | |
| **MARK CLIFFORD COENEN** | * | |
| **Defendant** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION IN RESPONSE TO COURT ORDER DATED AUGUST 16, 2007**

TO THE HONORABLE DANIEL R, DOMINGUEZ
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, CARLINA CORTES-BAEZ, SUPERVISING UNITED STATES PROBATION OFFICER** of this Court, respectively informing as follows:

On August 16, 2007, Your Honor issued an order instructing United States Probation Officer Mark Parrish from the Southern District of Florida, to reply as to the offender's request for early termination. Upon receipt of the Court's order, United States Probation Officer Michael Parrish was notified of the Court's request. On August 29, 2007, the Probation Office in Puerto Rico received Probation Officer M. Parrish's response as to the offender's request.

On April 19, 2004, the offender was released from custody to commence serving the supervised release term imposed at the Southern District of Florida. On August 3, 2004, the offender successfully completed treatment for substance /alcohol abuse. On May 3, 2007, he submitted to DNA testing as required by law.

Currently, the offender is in compliance with his conditions of supervision. He submits the Monthly Supervision Reports with required documentation in a timely fashion; and as far as can be determined, the offender has not engaged in further criminal activity.

The offender has been able to maintain a stable residence and employment. Mr. Coenen has secured a full time employment at Isabella's Italian Market located in Hollywood, Fl., while also being self-employed in the construction field.

On August 14, 2007, the United States Attorney's Office had previously filed a written response with the Court opposing as to the offender's request for early termination.

The offender has completed over three (3) years of supervision without incidents and due to his positive adjustment, the Probation Office of the Southern District of Florida does not oppose to the offender's request for early termination.

**WHEREFORE**, the above stated information is submitted to the consideration of the Court in compliance with order issued on August 16, 2007.

In San Juan, Puerto Rico, this 11th day of September 2007.

    Respectfully submitted,

    EUSTAQUIO BABILONIA, CHIEF
    UNITED STATES PROBATION OFFICER

    s/ Carlina Cortés-Báez
    Carlina Cortés-Báez
    Senior United States Probation Officer
    Federal Office Building, Room 400
    150 Chardón Avenue
    San Juan, PR 00918-1741
    Tel. 787-766-5816
    Fax 787-766-5945
    E-mail: carlina_cortes@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Scott Anderson, Esq. , Assistant United States Attorney and Maria Sandoval, Esq.

At   San Juan, Puerto Rico,  September 11, 207

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
UNITED STATES PROBATION OFFICER

s/ *Carlina Cortés-Báez*
Carlina Cortés-Báez
Senior United States Probation Officer
Federal Office Building, Room 400
150 Chardón Avenue
San Juan, PR 00918-1741
Tel. 787-766-5816
Fax 787-766-5945
E-mail: carlina_cortes@prp.uscourts.gov