UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

_____

**UNITED STATES OF AMERICA,**

  **v.**

**MARC CLIFFORD COENEN,**          **CRIM. No. 99-332(DRD)**

    **DEFENDANT.**

_____

**DEFENDANT MARC CLIFFORD COENEN'S REQUEST FOR AN ORDER
TERMINATING HIS SUPERVISED RELEASE.**

TO: THE HONORABLE COURT

    Comes Now Marc Clifford Coenen, through his undersigned attorney and respectfully alleges and prays:

    1.    In Dkt. No. 139, he U.S. Department of Probation in compliance with this court's order reports to the District Court that Mr. Coenen has complied with all the conditions of his supervision. The Department raises no concerns or objections to his motion seeking termination and does not suggest that supervision should continue or that termination is premature. For all these reasons, Mr. Coenen requests an order terminating his supervision.

    WHEREFORE Mr. Coenen respectfully requests that the District Court terminate Mr. Coenen's supervision for the reasons set forth in Dkt. Nos 131 and 139.

    At San Juan, Puerto Rico this 25th day of September, 2007.

Respectfully Submitted,

S/Maria H. Sandoval, Esq.
USDC-PR NO. 201210
P.O. Box 9878
San Juan, Puerto Rico 00908
Tel. (787) 282-0281
Fax. (787) 282-0277
mhsandoval@att.net

CERTIFICATE OF SERVICE

I hereby certify that I utilized the ECF/CM system of the District Court to file the above-mentioned pleading on Assistant U.S. Attorney Scott Anderson and to serve all counsel of record electronically on this same date.

At San Juan, Puerto Rico this 25th day of September, 2007

S/Maria H. Sandoval. Esq.