IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>LUIS RODRIGUEZ BENITEZ,<br>Defendant. | CRIMINAL NO. 99-332(DRD) |

## MOTION IN COMPLIANCE WITH COURT ORDER

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys, and respectfully states and prays as follows:

That on June 3, 2008, this Honorable Judge entered an Order for the United States Attorney's Office to inform the court, forthwith, their respective position regarding the termination of the Supervised Release term requested by the defendant.

In Compliance with said Order, the United States hereby submits that it leaves to the sound discretion of this Honorable Court the decision as to whether defendant's supervised release should be terminated.

WHEREFORE, the United States requests that the Court take notice of its compliance with its Order.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 4th day of June 2008.

ROSA EMILIA RODRIGUEZ
United States Attorney

/s/_____
Jose A. Ruiz 207701
Assistant U.S. Attorney
350 Torre Chardon, Suite 1201
Carlos Chardón Street
Hato Rey, PR  00918
Tel. 766-5656

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification to attorney of record.

    /s/_____
Jose Ruiz 207701
Assistant U.S. Attorney